IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TODD EDWIN PATTON                                                    PLAINTIFF

v.                                 No. 4:17-cv-258-DPM

HUBER, Deputy Sheriff, Perry County;
JUSTIN HORNEY, Provider, Morrilton
St. Vincent Hospital; JANE DOE, Jailor,
Perry County Detention Center                                      DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Patton hasn't paid the filing and administrative fees, filed a current application to proceed *in forma pauperis*, or updated his address; and the time to do so has passed. № 3–9. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). His motion for transfer, № 2, is denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 June 2017