IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TODD EDWIN PATTON                                    PLAINTIFF

v.                      No. 4:17-cv-258-DPM

HUBER, Deputy Sheriff, Perry County;
JUSTIN HORNEY, Provider, Morrilton
St. Vincent Hospital; JANE DOE, Jailor,
Perry County Detention Center                        DEFENDANTS

## JUDGMENT

Patton's complement is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 June 2017